850 A.2d 1247

IN THE MATTER OF VICTOR M. MUSTO, AN ATTORNEY AT LAW (ATTORNEY NO. 012521983).

June 30, 2004.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, seeking the immediate temporary suspension of **VICTOR M. MUSTO** of **ASBURY PARK,** who was admitted to the bar of this State in 1983, for failure to cooperate in an ethics investigation as required by *Rule* 1:20–3(g)(3), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–3(g)(4), **VICTOR M. MUSTO** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **VICTOR M. MUSTO** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **VICTOR M. MUSTO** pursuant to *Rule* 1:21–6 shall be restrained from disbursement expect on application to this Court for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **VICTOR M. MUSTO** comply with *Rule* 1:20–20 dealing with suspended attorneys.